CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
1/30/2020
JULIA C. DUDLEY, CLERK
BY: A. Seagle
    DEPUTY CLERK

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:20mj12 | Date and time warrant executed: 1/22/20 6:03 Am | Copy of warrant and inventory left with: Ana Maria Altamirano-Garcia |

Inventory made in the presence of: TFO Ryan Sloan

Inventory of the property taken and name of any person(s) seized:

See Attached Four DEA-12's

**Received in Chambers**
By Reliable Electronic Means

January 29, 2020

**Hon. Robert S. Ballou
United States Magistrate**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/29/20

_____
Executing officer's signature

Aaron Durham TFO
Printed name and title

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
DEA TFO RYAN SLOAN

**FILE NO.** KR-15-0014
**G-DEP IDENTIFIER** YNC1B
**FILE TITLE:** RUIZ, LEONARDO
**DATE:** 01/22/2020

**DIVISION/DISTRICT OFFICE:** WASHINGTON DIVISION ROANOKE RO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | UNDETERMINED U.S. CURRENCY FROM MASTER BEDROOM 324 HAISLIP LN AXTON, VA | SEIZED |

NOTHING FURTHER

**RECEIVED BY (Signature):** ana maria altamirano
**NAME AND TITLE (Print or Type):** ana mario

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** RYAN SLOAN DEA TFO

**FORM DEA-12 (8-02)** Previous editions obsolete
[signature: L.W. Findley]   LW Findley DEA JFO

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

DEA TFO Ryan Sloan

FILE NO. KR-15-0014
G-DEP IDENTIFIER YNC4B
FILE TITLE: RUIZ, LEONARDO
DATE: 1-22-20

DIVISION/DISTRICT OFFICE
WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Bag of undetermined amount of U.S. currency (Master Bedroom) | Evidence |
| 1 | Black LG cellphone - TV stand (Family Room) | |
| 1 | Address Book (Master Bedroom) | |
| 1 | Browning semi-auto Firearm S/N 511MW50852 (nightstand drawer Master Bedroom) | |
| 2 | Cellphones Master Bedroom (Top dresser drawer) | |
| 1 | Acer laptop (Master Bedroom) | |
| 3 | cellphones (Kitchen) | |
| 2 | cellphones (Kitchen Hutch) | |
| | Misc. Documents (Kitchen Table) | |
| | Green Plant Material (Freezer Section of Refrigerator) | |

RECEIVED BY (Signature): Ana Maria Allamand
NAME AND TITLE (Print or Type): Ana Maria

WITNESSED BY (Signature): Anita Sowers
NAME AND TITLE (Print or Type): TFO A.I. Sowers

FORM DEA-12 (8-02) Previous editions obsolete                  Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

DEA TFO Ryan Sloan

**FILE NO.** KR-15-0014
**G-DEP IDENTIFIER** YNC2B
**FILE TITLE** RUIZ, LEONARDO
**DATE** 1-22-20

**DIVISION/DISTRICT OFFICE**
WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
|  | Misc. Documents (Kitchen) | Evidence |
|  | Green Plant Material (Honda ATV, Front-Porch) |  |

*Nothing Follows*

**RECEIVED BY (Signature)** ana maria altamrano
**NAME AND TITLE (Print or Type)** ana maria
**WITNESSED BY (Signature)** Anita Sowers
**NAME AND TITLE (Print or Type)** TFO A.L. Sowers

FORM DEA-12 (8-02) Previous editions obsolete              Electronic Form Version Designed in JetForm 5.2 Version

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Francisco ALVAREZ-Rosales<br>324 Haislip Lane<br>Axton, VA | FILE TITLE | |
| | DATE  01-22-2020 | |

**DIVISION/DISTRICT OFFICE**
DEA Roanoke Resident Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | ATC Car Trailer vin # - 5JX1Z1828KC213 | seized |
| | model # OCHAB8518+O-2T3.5K | |
| 1 | Red Honda Foreman ES ATV vin # 1HFTE31 | seized |
| | 7494405771 | |
| 1 | 2000 White Toyota Tundra Truck vin # - | seized |
| | 5TBBT481XYS015644 | |
| 1 | 1989 Blue Toyota Truck vin # - JT4VN01 | seized |
| | D5K2000592 | |
| 1 | 2002 Brown Chevy Tahoe vin # - 1GNEK13Z5 | seized |
| | 2R160879 | |

| RECEIVED BY (Signature) *Chris Young* | NAME AND TITLE (Print or Type)<br>Chris Young DEA TFO |
|---|---|
| WITNESSED BY (Signature) *Francisco Alvarez* | NAME AND TITLE (Print or Type)<br>Francisco ALVAREZ-Rosales |

FORM DEA-12 (9-00) *Previous editions obsolete*